98 A.3d 1189

IN THE MATTER OF JOSEPH J. FELL, AN ATTORNEY AT LAW (ATTORNEY NO. 033601992).

September 29, 2014.

**ORDER**

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 14–183 of **JOSEPH J. FELL** of **BERNARDSVILLE,** who was admitted to the bar of this State in 1992;

And the District XB Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 5.5(a)(1) (practicing law while ineligible);

And the parties having agreed that respondent's conduct violated *RPC* 5.5(a)(1), and that said conduct warrants an admonition to a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XB–2013–0008E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JOSEPH J. FELL** of **BERNARDS-VILLE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.